**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____   Chapter   11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Amata, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 55-0810086 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 77 W. Wacker Drive, Suite 4500<br>Chicago, IL 60601<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Cook<br>County | Location of principal assets, if different from principal place of business<br><br>_____<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    www.amatacorp.com

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  Amata, LLC _____    Case number (*if known*) _____
      Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __5313__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. **Check *all* that apply**:

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.

   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | _____ | When | _____ | Case number | _____ |
   |---|---|---|---|---|---|
   | District | _____ | When | _____ | Case number | _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No

    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor | _____ | | | Relationship | _____ |
    |---|---|---|---|---|---|
    | District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Amata, LLC**  Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes.  Insurance agency _____
           Contact name   _____
           Phone          _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**
| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**
| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Amata, LLC                                              Case number (if known) _____
         Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 12, 2021
              MM / DD / YYYY

X _____        Ronald C. Bockstahler
  Signature of authorized representative of debtor      Printed name

Title   CEO

**18. Signature of attorney**

X _____        Date  April 12, 2021
  Signature of attorney for debtor                        MM / DD / YYYY

Nicholas M. Miller
Printed name

McDonald Hopkins LLC
Firm name

300 N LaSalle Dr #1400
Chicago, IL 60654
Number, Street, City, State & ZIP Code

Contact phone  (312) 642-6938      Email address  nmiller@mcdonaldhopkins.com

ARDC 6295723 IL
Bar number and State

# ACTION BY WRITTEN CONSENT OF THE SOLE MEMBER OF AMATA, LLC

### APRIL 12, 2021

WHEREAS, Amata Holdings, LLC, an Illinois limited liability company, the sole member of Amata, LLC, an Illinois limited liability company (the "Company"), does hereby consent to, adopt and ratify the following resolutions, in writing, without a meeting:

RESOLVED, that it is in the best interest of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of subchapter 5 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

FURTHER RESOLVED, that the Chief Executive Officer or Manager of the Company (an "Authorized Person"), is hereby authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition for relief under subchapter 5 of chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court") at such time as said Authorized Person executing the same shall determine;

FURTHER RESOLVED, that the law firm of McDonald Hopkins LLC, 300 N. LaSalle Dr., Suite #1400, Chicago, IL 60654, is hereby retained as general bankruptcy legal counsel for the Company in the Company's chapter bankruptcy case, subject to approval of the Bankruptcy Court;

FURTHER RESOLVED, that the Authorized Person is hereby authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds which such Authorized Person deems necessary, proper, or desirable in connection with the Company's bankruptcy case, with a view to the successful prosecution of such bankruptcy case;

FURTHER RESOLVED, that the Authorized Person is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other action, as in the judgment of the Authorized Person shall be or become necessary, proper, and desirable to prosecute to a successful completion the Company's bankruptcy case, to effectuate the restructuring of the Company's debt and other obligations, organizational form and structure, and corporate ownership consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions and the transactions contemplated by these resolutions, the Authorized Person's authority thereunto to be evidenced by the taking of such actions;

{9380817: }                                    1

**Ancillary Agreements; General**

FURTHER RESOLVED, that the Authorized Person is hereby authorized and empowered to take all such further actions including, without limitation, to arrange for and enter into supplemental agreements, instruments, certificates, or documents relating to the transactions contemplated by the foregoing resolutions as the Authorized Person deems to be necessary, proper, or advisable in the Authorized Person's sole judgment, and to execute and deliver all such supplemental agreements, instruments, certificates, or documents in the name and on behalf of the Company, which shall in the Authorized Person's sole judgment be necessary, proper, or advisable in order to perform the Company's obligations under or in connection with, or pursuant to, the foregoing resolutions, and to carry out fully the intent of the foregoing resolutions; and

FURTHER RESOLVED, that all of the acts of the officers, employees, or agents of the Company for and on behalf of the Company in connection with the transactions described or referred to in these resolutions, whether heretofore or hereafter done or performed, which are in conformity with the intent and purposes of these resolutions and the agreements and instruments referred to herein, are hereby ratified, confirmed, and approved in all respects.

[SIGNATURE PAGE TO FOLLOW]

IN WITNESS WHEREOF, the undersigned has consented to the above resolutions as of the 12th day of April, 2021.

AMATA HOLDINGS, LLC

By: _____
Name: Ron Bockstahler
Title: CEO

{9380817: }

Fill in this information to identify the case:

Debtor name: Amata, LLC
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CBRE SPUS8 150 NMA, LP P.O. Box 847135 Los Angeles, CA 90084-7135 | Richard Similio Richard.Similio@cbre.com | Lease | Contingent Unliquidated Disputed | | | $438,700.80 |
| CBRE GI AAF 161 N. Clark 26972 Network Place Chicago, IL 60673-1269 | Casey Klein casey.klein.@cbre.com | Lease | Contingent Unliquidated Disputed | | | $395,068.01 |
| KTCP 225 LLC P.O. Box 71124 Chicago, IL 60694-1100 | Jeffrey Balkansky jbalkansky@tjbc.com | Lease | Contingent Unliquidated Disputed | | | $386,560.21 |
| 180 N LaSalle Property Owner, LLC 75 Remittance Drive Dept 6933 60675-6933 | Hillary Snodgrass Hillary.Snodgrass@hines.com | Lease | Contingent Unliquidated Disputed | | | $288,846.46 |
| Caesar & Bender, LLP 150 N. Michigan, Suite 2130 Chicago, IL 60601 | Michael Bender mbender@caesarbenderlaw.com | Deposit | | | | $6,830.00 |
| Leaf P.O. Box 5066 Hartford, CT 06102-5066 | customersupport@Administration-Services.com | License | | | | $3,693.66 |
| Social Market Analytics 3163 Treesdale Ct Naperville, IL 60564 | Joe Gits joeg@socialmarketanalytics.com | Deposit | | | | $3,000.00 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   Amata, LLC                                   Case number (if known)
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Family Solutions of Illinois<br>12339 Wake Union Churck Road, Ste 1<br>Wake Forest, NC 27587 | John Hopkins<br><br>tburke@familysolutionsusa.com | Deposit | | | | $2,625.00 |
| EarthCam, Inc.<br>84 East Kennedy Street<br>Hackensack, NJ 07601 | Joseph Nizza<br><br>joe@earthcam.com | Deposit | | | | $2,248.00 |
| Bethany Campbell, MD<br>1250 South Michigan Ave., Ste 1810<br>Chicago, IL 60605 | Bethany Campbell<br><br>bethanycampbellmd@gmail.com | Deposit | | | | $1,619.70 |
| Goehl, Schuering & Cassens, LLP<br>506 Vermont Street<br>Quincy, IL 62301 | Chris Schuering<br><br>CDS@GSCB-law.com | Deposit | | | | $500.00 |
| Tilchen Corporation<br>401 S. Old Woodward, Ste 463<br>Birmingham, MI 48009 | Lindsay Tilchen Johnson<br><br>lindsay@tilchen.com | Deposit | | | | $290.00 |
| Preston Hunter<br>416 S. 17th St.<br>Mattoon, IL 61938 | Paul Bailey<br><br>paul@prestonhunter.com | Deposit | | | | $225.00 |
| AB Mitchell and Associates<br>P.O. Box 804671<br>Chicago, IL 60680 | Adorn Lewis-Mitchell<br><br>adornlmitchell@aol.com | Deposit | | | | $225.00 |
| Toft Law<br>175 E. Delaware Place, Ste 6305<br>Chicago, IL 60611 | Rachel Toft<br><br>rtoft@toftlaw.com | Deposit | | | | $195.00 |
| Wells Blair, Ltd<br>P.O. Box 440<br>Mahomet, IL 61853 | Nenye Uche<br><br>nenye.uche@gmail.com | Deposit | | | | $90.00 |
| David Bloch Photography, Inc.<br>1425 Dean Street<br>Saint Charles, IL 60174 | David Bloch<br><br>david@davidblochphotography.com | Deposit | | | | $75.00 |
| Wisdom Eldercare, Inc.<br>9890 E Martin Drive<br>Tucson, AZ 85749 | Elizabeth Read<br><br>betty@wisdomaz.com | Deposit | | | | $75.00 |

Debtor  **Amata, LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Public Facilities Investment Corp 11755 Wilshire Blvd #2350 Los Angeles, CA 90025** | **Thorsten Ebach** te@eks-engel.de | Deposit | | | | $75.00 |
| **MJH Wacker LLC 4969 Solution Center Chicago, IL 60677-4009** | **Tim Incerto** tincerto@LPC.com | Lease | | | | $1.00 |

**Fill in this information to identify the case:**

Debtor name   Amata, LLC

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 12, 2021        X _[signature]_
                                    Signature of individual signing on behalf of debtor

                                    Ronald C. Bockstahler
                                    Printed name

                                    CEO
                                    Position or relationship to debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: ) Chapter 11
) 
AMATA, LLC,[1] ) Case No. __-_____
) 
        Debtor. )
) 
) 

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case.

| Debtor | Equity Holders | Address of Equity Holder | Security Class | Number of Securities | Percentage of Equity Held |
|---|---|---|---|---|---|
| Amata LLC | Amata Holdings LLC | 77 W. Wacker Drive Suite 4500 Chicago, IL 60601 | Common Units | 100 | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Ronald C. Bockstahler, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date April 12, 2021        Signature _____
                                                             Ronald C. Bockstahler,
                                                             Chief Executive Officer

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

---

[1] The last four digits of the Debtor's tax identification number are 0086. The location of the Debtor's headquarters is 77 W. Wacker Drive, Suite 4500, Chicago, Illinois 60601.

{9465562: }

| | 4/12/2021 | 4/19/2021 | 4/26/2021 | 5/3/2021 | 5/10/2021 | 5/17/2021 | 5/24/2021 | 5/31/2021 | 6/7/2021 | 6/14/2021 | 6/21/2021 | 6/28/2021 | 7/5/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Collections - Accounts Receivable | $78,115 | $46,869 | $28,905 | $40,466 | $28,905 | $11,562 | $5,781 | $35,555 | $29,629 | $29,629 | $23,703 | $29,781 | $41,693 |
| Other Collections | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Cash Receipts | $78,115 | $46,869 | $28,905 | $40,466 | $28,905 | $11,562 | $5,781 | $35,555 | $29,629 | $29,629 | $23,703 | $29,781 | $41,693 |
| **Cash Disbursements** | | | | | | | | | | | | | |
| Computer expenses | | $4,205 | | | | $2,332 | | | | | $2,332 | | |
| Direct costs reimbursed by customers | | | $6,415 | | | | $6,415 | | | | | $6,415 | |
| Equipment lease | $2,914 | | | | | $2,914 | | | | $2,914 | | | |
| Insurance | | | | $0 | | | | | $0 | | | | $0 |
| Maintenance | | | | $631 | | | | | $631 | | | | $631 |
| Meals, travel & entertainment | | $323 | | | | $71 | | | | $71 | | | |
| Office expenses | | | $1,152 | | | | $1,152 | | | | | $1,152 | |
| Professional fees | | $25,000 | | | | | $25,000 | | | | $25,000 | | |
| Gross rent | | | | $31,318 | | | | | $31,318 | | | | $31,318 |
| Salaries & employee expenses | | $22,286 | | $9,800 | | $9,800 | | $9,800 | | $9,800 | | $9,800 | |
| Selling & marketing | | | $0 | | | | $0 | | | | $0 | | |
| Supplies | | | $4,437 | | | | $4,437 | | | | | $4,437 | |
| Taxes | | | | $0 | | | | $0 | | | | $0 | |
| Utilities | | | | $8,200 | | | | $4,220 | | | $4,220 | | |
| Client moving expense | $30,461 | | | | | $30,461 | | | | $30,461 | | | |
| Corporate shared exp | $33,375 | $51,814 | $77,004 | $49,949 | $0 | $45,578 | $37,004 | $14,020 | $31,949 | $43,246 | $31,552 | $21,804 | $31,949 |
| Total Cash Based Operating Expenses | $44,740 | ($4,945) | ($48,099) | ($9,483) | $28,905 | ($34,016) | ($31,223) | $21,535 | ($2,320) | ($13,617) | ($7,849) | $7,977 | $9,744 |
| Net Cash Flow/(Usage) From Operations | | | | | | | | | | | | | |
| Other Cash Based Income/(Expense) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Cash Disbursements for Capital Expenditures | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| FREE CASH FLOW BEFORE DEBT SERVICE | $44,740 | ($4,945) | ($48,099) | ($9,483) | $28,905 | ($34,016) | ($31,223) | $21,535 | ($2,320) | ($13,617) | ($7,849) | $7,977 | $9,744 |
| **Debt Service** | | | | | | | | | | | | | |
| Existing Secured notes | | $31,010 | | | | $31,010 | | | | $31,010 | | | |
| Restructured Unsecured Notes | | | | | | | | | | | | | |
| Restructured Bank Debt | | | $0 | | | | $0 | | | | | | |
| Restructered Debt Payments | | | | | | | | | | | | | |
| Total Debt Service | $0 | $31,010 | $0 | $0 | $0 | $31,010 | $0 | $0 | $0 | $31,010 | $0 | $0 | $0 |
| Free Cash Flow After Debt Service | $44,740 | ($35,955) | ($48,099) | ($9,483) | $28,905 | ($65,026) | ($31,223) | $21,535 | ($2,320) | ($44,627) | ($7,849) | $7,977 | $9,744 |
| Beginning Cash Balance | $180,000 | $224,740 | $188,785 | $140,685 | $131,203 | $160,108 | $95,081 | $63,858 | $85,393 | $83,074 | $38,447 | $30,598 | $38,575 |
| Ending Cash Balance | $224,740 | $188,785 | $140,685 | $131,203 | $160,108 | $95,081 | $63,858 | $85,393 | $83,074 | $38,447 | $30,598 | $38,575 | $48,319 |

9531506.xlsx

**Amata, LLC**
**Internal Balance Sheet**
**April 11, 2021**

### ASSETS

| | | |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Cash | $ | 181,269 |
| Accounts receivable, net | | 132,111 |
| Prepaid expenses and other | | 42,831 |
| Total current assets | | 356,211 |
| **PROPERTY AND EQUIPMENT, net** | | |
| Office furniture and equipment | | 2,699,826 |
| Computer equipment | | 455,943 |
| Computer software | | 223,426 |
| Leasehold improvements | | 6,805,428 |
| | | 10,184,624 |
| Accumulated depreciation | | (6,597,798) |
| | | 3,586,826 |
| **OTHER ASSETS** | | |
| Due from Amata Holdings, LLC | | 367,000 |
| Due from other Amata entities | | 753,180 |
| Restricted cash equivalents | | 1,143,548 |
| | | 2,263,728 |
| | $ | 6,206,766 |

### LIABILITIES AND MEMBERS' DEFICIT

| | | |
|---|---:|---:|
| **CURRENT LIABILITIES** | | |
| Lines of credit- bank | $ | 225,000 |
| Accounts payable | | 1,285,177 |
| Security and customer deposits | | 360,912 |
| Accrued payroll and other expenses | | 544,400 |
| Total current liabilities | | 2,415,490 |
| **NONCURRENT LIABILITIES** | | |
| Long-term debt - bank | | 749,437 |
| Note payable - member | | 75,882 |
| Capital lease obligations | | 98,599 |
| Deferred rent | | 5,460,953 |
| | | 6,384,870 |
| **MEMBERS' DEFICIT** | | (2,593,594) |
| | $ | 6,206,766 |

Note - in addition to the $974,437 of bank debt noted above, the Company has $1,825,000 of outstanding letters of credit with the Bank that serve as collateral on various leases.

**Amata, LLC**
**Internal Statement of Operations**
**For the Period January 1, 2021 - April 11, 2021**

| | | |
|---|---:|---:|
| Operating income | | |
|   Suites revenue | $ | 1,321,114 |
| | | |
| Operating expenses | | |
|   Bad debt expense (recovery) | | (375) |
|   Computer | | 14,683 |
|   Corporate overhead allocation | | 263,625 |
|   Depreciation and amortization | | 167,726 |
|   Direct costs reimbursed by customers | | 25,020 |
|   Equipment rental | | 11,212 |
|   Maintenance | | 4,986 |
|   Meals, travel, and entertainment | | (22) |
|   Professional fees | | 43,232 |
|   Rent and utilities | | 1,003,645 |
|   Salaries and employee benefits | | 147,030 |
|   Selling | | 145 |
|   Supplies | | 5,413 |
| | | |
|   Total operating expenses | | 1,686,321 |
| | | |
|   Operating loss | | (365,207) |
| | | |
| Other income (expense) | | |
|   Interest expense | | (14,908) |
|   Interest income | | 28 |
| | | |
|   Total other income (expense) | | (14,880) |
| | | |
|   NET LOSS | $ | (380,087) |

**Amata, LLC**
**Internal Statement of Cash Flows**
**For the Period January 1, 2021 - April 11, 2021**

| | | |
|---|---:|---:|
| Cash flows from operating activities | | |
|   Net loss | $ | (380,087) |
|   Adjustments to reconcile net loss to net cash provided by operating activities | | |
|     Depreciation and amortization | | 167,726 |
|     Bad debt expense (recovery) | | (375) |
|   (Increase) decrease in assets | | |
|     Accounts receivable | | (35,791) |
|     Prepaid expenses and other | | (397) |
|   Increase (decrease) in liabilities | | |
|     Accounts payable | | 812,239 |
|     Deferred rent | | (206,502) |
|     Security and customer deposits | | (48,664) |
|     Accrued payroll and other expenses | | 53,811 |
|   Net cash provided by operating activities | | 361,962 |
| Cash flows from financing activities | | |
|   Cash received by Amata Management, net of expense paid | | (24,345) |
|   Payments on capital lease | | (7,921) |
|   Payments on line of credit - bank | | (71,861) |
|   Payments on long-term debt | | (67,675) |
|   Payments on notes payable - members | | (8,862) |
|   Net cash used in financing activities | | (180,665) |
|     NET INCREASE IN CASH AND RESTRICTED CASH EQUIVALENTS | | 181,297 |
| Cash and Restricted Cash Equivalents at beginning of year | | 1,143,520 |
| Cash and Restricted Cash Equivalents at end of year | $ | 1,324,817 |